```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07439
   DELL A JACKSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3453


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/25/2007 and was not confirmed.

     The case was dismissed without confirmation 11/05/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------

GMAC MORTGAGE              CURRENT MORTG         .00           .00            .00
AMERIQUEST MORTGAGE        SECURED NOT I   NOT FILED           .00            .00
CITIMORTGAGE               SECURED NOT I   NOT FILED           .00            .00
NELSON LAW OFFICE          PRIORITY        NOT FILED           .00            .00
COOK COUNTY TREASURER      SECURED NOT I   NOT FILED           .00            .00
THE MONEY STORE            UNSECURED       NOT FILED           .00            .00
THE MONEY STORE            UNSECURED       NOT FILED           .00            .00
NATIONAL CITY BANK ~       UNSECURED       NOT FILED           .00            .00
CAPITAL ONE                UNSECURED       NOT FILED           .00            .00
DELL FINANCIAL SERVICES    UNSECURED       NOT FILED           .00            .00
HOUSEHOLD                  UNSECURED       NOT FILED           .00            .00
HSBC BANK NV FKA HHLB      UNSECURED       NOT FILED           .00            .00
NCO FIN/99                 UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          426.24           .00            .00
OAK PARK EYE CENTER        UNSECURED       NOT FILED           .00            .00
DIRECTV                    UNSECURED       NOT FILED           .00            .00
WEST SUBURBAN P            UNSECURED       NOT FILED           .00            .00
GMAC MORTGAGE              MORTGAGE ARRE    30550.57           .00            .00
GMAC MORTGAGE              NOTICE ONLY     NOT FILED           .00            .00
RJM AQUISITIONS FUNDING    UNSECURED           98.66           .00            .00
FIDELITY INVESTMENTS INS   SECURED NOT I   NOT FILED           .00            .00
FIDELITY INVESTMENTS INS   SECURED NOT I   NOT FILED           .00            .00
NELSON LAW OFFICE          DEBTOR ATTY      3,000.00                      1,180.30
TOM VAUGHN                 TRUSTEE                                           80.70
DEBTOR REFUND              REFUND                                           128.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 1,389.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07439 DELL A JACKSON
```

```
ADMINISTRATIVE                                                 1,180.30
TRUSTEE COMPENSATION                                              80.70
DEBTOR REFUND                                                    128.00
                                    ---------------     ---------------
TOTALS                                     1,389.00            1,389.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 02/27/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE